# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Donald Russell Sanders, | ) | JUDGMENT IN CASE |
| | ) | |
| Peitioner(s), | ) | 3:10cv567 & 3:08cr217 |
| | ) | |
| vs. | ) | |
| | ) | |
| USA, | ) | |
| Respondent(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 27, 2014 Order.


*Frank G. John*

Frank G. Johns, Clerk
United States District Court